ARCHER & GREINER, P.C.
21 Main Street, Suite 353
Hackensack, New Jersey 07601
By: LEO J. HURLEY, JR., ESQ.
Tel.: 201-342-6000
lhurley@archerlaw.com

-------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, : | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| -against- : | Honorable Jose L. Linares, U.S.D.J. |
| ALL RIGHT, TITLE AND INTEREST IN THE INVENTORY AND OTHER VALUABLE AND READILY SALABLE ASSETS OF RAJA JEWELERS, LOCATED AT 820 NEWARK AVENUE, JERSEY CITY, NEW JERSEY 07306, INCLUDING BUT NOT LIMITED TO JEWELRY, PRECIOUS METALS AND STONES, MONEY AND OTHER VALUABLES; | Civil Action No. 13-1175<br><br>**STATEMENT PURSUANT TO RULE G OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS** |
| ALL RIGHT, TITLE AND INTEREST IN THE REAL PROPERTY AND APPURTENANCES LOCATED AT 95 PERSHING AVENUE, ISELIN, WOODBRDIGE TOWNSHIP, NEW JERSEY 08830, WITH ALL IMPROVEMENTS AND ATTACHMENTS THEREON; | |
| ALL RIGHT, TITLE AND INTEREST IN THE INVENTORY AND OTHER READILY SALABLE ASSETS OF TANISHQ JEWELS, INC., D/B/A NIKITA'S INC., 804 NEWARK AVENUE, JERSEY CITY, NEW JERSEY 07306, INCLUDING BUT NOT LIMITED TO JEWELRY, PRECIOUS METALS AND STONES, MONEY AND OTHER VALUABLES; | |
| ALL RIGHT, TITLE AND INTEREST IN THE REAL PROPERTY AND APPURTENANCES LOCATED AT 638 MILTON AVENUE, LYNDHURST, | |

NEW JERSEY 07071, WITH ALL
IMPROVEMENTS AND
ATTACHMENTS THEREON;

AND ALL PROPERTY TRACEABLE
THERETO,                                          :

                    Defendants in rem. :
-----------------------------------------------------X

        **VINOD DADLANI**, hereinafter called Claimant, being duly sworn, deposes and says:

1. I submit this Statement Pursuant to Rule G of Supplemental Rules for Certain Admiralty and Maritime Claims.

2. I am the fifty percent (50%) owner of Tanishq Jewels, Inc. ("Tanishq"). As such, I am the owner of fifty percent of all Right, Title and Interest in the Inventory and Other Salable Assets of Tanishq Jewels, Inc. d/b/a Nikita's Inc., 804 Newark Avenue, Jersey City, New Jersey 07306, including but not limited to Jewelry, Precious Metals and Stones, Money and other valuables ("the Tanishq Property") seized from Tanishq on February 5, 2013 or any other date.

4. The Tanishq Property is subject to seizure or forfeiture pursuant to 18 U.S.C. §981 or any other statute or regulation of the United States. There was not and is not now any probable cause for the seizure of the Tanishq Property. Further, the Tanishq Property was not obtained with the proceeds of any illegal activity and neither I nor anyone else under my supervision or control has used the Tanishq Property to facilitate any illegal activity. Finally, forfeiture of the Tanishq Property would be grossly disproportionate to any alleged illicit activity and would be barred under the Excessive Fines Clause of the Eighth Amendment to the Constitution.

5. This statement and claim is made in good faith and is not frivolous.

6. This statement and claim has been made within the time prescribed by law.

7. This statement and claim is true and correct and made under penalty of perjury.

**WHEREFORE,** Claimant herein demands the immediate release of the Tanishq Property from seizure.

_____
Vinod Dadlani

Sworn and subscribed to
before me this 3rd day of ~~May 13,~~ June 2013.

_____
~~NOTARY PUBLIC~~
ATTORNEY-AT-LAW